IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL JAMES NISSEN,

      Plaintiff,

v.                                                                                       No. 1:23-cv-00936-JFR

P.O.T.U.S.,

      Defendant.

**MEMORANDUM OPINION AND ORDER
FOR AMENDED COMPLAINT AND TO CURE DEFICIENCY**

Plaintiff, who is proceeding *pro se*, seeks to have the Clerk of Court Mitch Elfers:

forward the contents of the ex-parte documents to the C.F.O., a.k.a. Honorable William Johnson for a private in chambers meeting to discuss full accounting and recoupment of the fraud perpetrated against the estate/trust from the very first day of conception of the estate/trust of contract trust law, in addition to a private in chambers meeting, other matters of importance must be addressed to clear any further confusion or alleged administrative mishaps, once confirmation with the estate/trust head C.F.O. trustee, in closing, I, as by the documentation and rules of engagement provided to you sir, am required by law to pursue "PATENT INFRINGERS" with the full backing of the united states government/corporation inc, so I do believe its [sic] in your best interest to protect the private interest of the estate/trust which is a must for you to do sir by the operation of law set forth under the constitution and laws of the united states in pursuance thereof, sir, I am the principal executive officer granted by the crown royal prerogative and P.O.T.U.S., so I expect you to perform without further delay, act in good faith and in a proper and just manner as directed by the Most High, King of kings Source!

Complaint at 10-12, Doc. 1, filed October 19, 2023.

The Complaint fails to state a claim upon which relief can be granted due to the vagueness of the allegations. "[T]o state a claim in federal court, a complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents, at Arapahoe County Justice Center*, 492 F.3d 1158, 1163 (10th Cir.

2007).  The Complaint does not identify who did what to Plaintiff, when they did it, how they harmed Plaintiff and what specific legal rights Plaintiff believes they violated.

Plaintiff attached 23 pages of documents to his Complaint.  The Court will not review the attached documents to determine whether Plaintiff can state a claim upon which relief can be granted.  *See Adler v. Wal-Mart Stores, Inc.*, 144 F.3d 664, 672 (10th Cir. 1998) ("we, like the district courts, have a limited and neutral role in the adversarial process, and are wary of becoming advocates who comb the record of previously available evidence and make a party's case for it").

The Court orders Plaintiff to file an amended complaint.  The amended complaint must comply with the Federal Rules of Civil Procedure and the District of New Mexico's Local Rules of Civil Procedure.

**Order to Cure Deficiency**

Plaintiff has not paid the $402.00 fee[1] for instituting a civil action or filed an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" ("Application"). Plaintiff shall have twenty-one (21) days from entry of this Order to either pay the $402.00 fee or file an Application.

**Case Management**

> Generally, *pro se* litigants are held to the same standards of professional responsibility as trained attorneys.  It is a *pro se* litigant's responsibility to become familiar with and to comply with the *Federal Rules of Civil Procedure* and the *Local Rules of the United States District Court for the District of New Mexico* (the "Local Rules").

---

[1] The fee for instituting any civil action, suit or proceeding is comprised of a $350.00 filing fee, *see* 28 U.S.C. §1914, and a $52.00 administrative fee.

2

Guide for Pro Se Litigants at 4, United States District Court, District of New Mexico (October 2022).  The Local Rules, the Guide for Pro Se Litigants and a link to the Federal Rules of Civil Procedure are available on the Court's website:  http://www.nmd.uscourts.gov.

**Compliance with Rule 11**

The Court reminds Plaintiff of his obligations pursuant to Rule 11 of the Federal Rules of Civil Procedure.  *See Yang v. Archuleta*, 525 F.3d 925, 927 n. 1 (10th Cir. 2008) ("*Pro se* status does not excuse the obligation of any litigant to comply with the fundamental requirements of the Federal Rules of Civil and Appellate Procedure.").  Rule 11(b) provides:

> **Representations to the Court.** By presenting to the court a pleading, written motion, or other paper--whether by signing, filing, submitting, or later advocating it--an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:
>
> **(1)** it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
>
> **(2)** the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;
>
> **(3)** the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and
>
> **(4)** the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

Fed. R. Civ. P. 11(b).  Failure to comply with the requirements of Rule 11 may subject Plaintiff to sanctions, including monetary penalties and nonmonetary directives.  *See* Fed. R. Civ. P. 11(c).

**IT IS ORDERED** that:

(i)   Plaintiff shall, within 21 days of entry of this Order, file an amended complaint.  Failure to timely file an amended complaint may result in dismissal of this case.

(ii)  Plaintiff shall, within 21 days of entry of this order either: (i) pay the $402.00 fee; or (ii) file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." Failure to timely pay the fee or file an Application may result in dismissal of this case.

(iii) The Clerk of Court shall send to Plaintiff the form "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)."

_____
UNITED STATES MAGISTRATE JUDGE